## IN THE COURT OF APPEALS OF TENNESSEE
## MIDDLE SECTION AT NASHVILLE

| | | |
|---|---|---|
| **JOE LARRY TURNBO** | ) | |
| | ) | |
| **Plaintiff/Appellant,** | ) | |
| | ) | **Wayne Chancery** |
| | ) | **No. 8490** |
| **VS.** | ) | |
| | ) | **Case No.** |
| | ) | **01-A-01-9307-CH-00314** |
| **BRENDA JANE (THOMPSON)** | ) | |
| **TURNBO** | ) | |
| | ) | |
| **Defendant/Appellee.** | ) | |

**FILED**

**February 7, 1997**

**Cecil W. Crowson**
**Appellate Court Clerk**

## O R D E R

The defendant/appellee has filed a respectful petition to rehear. It appears that a rehearing is appropriate, and same is hereby granted.

The parties are allowed 30 days from entry of this order within which to file briefs after which the Court will further consider final disposition of the appeal.

ENTER _____.

_____
HENRY F. TODD
PRESIDING JUDGE, MIDDLE SECTION

_____
SAMUEL L. LEWIS, JUDGE

_____
WILLIAM C. KOCH, JR., JUDGE